# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 19-0912 (JDB) |
| ) | |
| U.S. DEPARTMENT OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of ten (10) days, until June 13, 2019, to answer or otherwise respond to the Complaint in this matter, and as grounds for this motion, state as follows.

1. This action under the Freedom of Information Act ("FOIA") was filed on April 1, 2019. ECF No. 1. On May 2, 2019, the Court granted Defendants' motion to extend the answer deadline to June 3, 2019.

2. Plaintiff's Complaint involves sixteen different FOIA requests to fourteen different defendant agencies. Several of the agency counsel are still in the process of researching the applicable FOIA requests and, thus, undersigned counsel needs additional time to properly prepare an answer or other responsive pleading.

3. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel about the requested extension of time. Plaintiff does not oppose the request for enlargement.

4.  This is the second request for extension made by Defendants with respect to their deadline to respond to the Complaint.

5.  A proposed order is attached.

Dated: June 3, 2019                                Respectfully submitted,

                                                   JESSIE K. LIU, D.C. Bar #472845
                                                   United States Attorney

                                                   DANIEL F. VAN HORN, D.C. Bar #924092
                                                   Chief, Civil Division

                                            By:    */s/ Jason T. Cohen*
                                                   JASON T. COHEN, ME Bar #004465
                                                   Assistant United States Attorney
                                                   Civil Division
                                                   555 Fourth St., N.W.
                                                   Washington, D.C. 20530
                                                   Phone: (202) 252-2523
                                                   Fax: (202) 252-2599
                                                   Email: jason.cohen@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,    )<br>                                                )<br>       Plaintiff,                        )<br>                                                )<br>       vs.                                   )<br>                                                )<br>U.S. DEPARTMENT OF COMMERCE, *et al.*,   )<br>                                                )<br>       Defendants.                    )<br>_____ ) | Civil Action No. 19-0912 (JDB) |

## **ORDER**

Based upon consideration of Defendants' Unopposed Second Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1.     Defendants' Motion is GRANTED;

2.     The deadline for Defendants to file their Answer or to otherwise respond to the Complaint is extended to June 13, 2019.

SO ORDERED this _____ day of June, 2018.

                                                                              _____
                                                                              JUDGE JOHN D. BATES