# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) Civ. A. No. 19-0912 (CJN) |
| v. | ) |
| U.S. DEPARTMENT OF COMMERCE, et al., | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's June 21, 2018 Minute Order, the parties respectfully submit this Joint Status Report updating the Court regarding the processing of Plaintiff's FOIA requests and proposing further proceedings.

1. This action currently involves FOIA requests for calendars of identified agency officials directed to 14 separate agencies, each of which reports on the status of the requests directed to them as follows:

**Department of Commerce**: The U.S. Department of Commerce expects to complete its initial search on or before July 26, 2019, and will thereafter review its initial results and develop a proposed production plan.

**Department of Education**: The U.S. Department of Education ("ED") has located responsive documents totaling to approximately 3,330 pages for nine of the 19 requested custodians, and expects to complete its search by August 31, 2019. ED proposes, and Plaintiff agrees to, a production schedule of at least 500 pages per month, beginning on or before August 31, 2019, for those documents that have been located thus far.

**Environmental Protection Agency**: The U.S. Environmental Protection Agency ("EPA") is in the process of collecting the named custodians' calendars. EPA proposes, and Plaintiff agrees to, an initial production of calendars without attachments on or before August 31, 2019, and anticipates completing a final production of calendars without attachments on or about September 30, 2019.

**Department of Justice**: The U.S. Department of Justice Office of Information Policy ("OIP") is in the process of collecting the five named custodians' calendars. The parties are conferring regarding the scope of the calendars to be reviewed.

**Department of Homeland Security**: The Department of Homeland Security is in the process of collecting potentially responsive records.

**Customs and Border Protection**: U.S. Customs and Border Protection is in the process of collecting potentially responsive records.

**Immigration and Customs Enforcement**: U.S. Immigration and Customs Enforcement is in the process of collecting the named custodians' calendars.

**Citizenship and Immigration Services**: U.S. Citizenship and Immigration Services has located responsive records and anticipates beginning productions on or about September 16, 2019.

**Department of the Interior**: The U.S. Department of the Interior ("DOI") has completed its search for potentially responsive records but does not yet have an estimated page count. DOI will prioritize records already reviewed and produced to other requesters at an anticipated rate of more than 500 pages per month, and will thereafter begin processing any additional records at a rate of 500 pages per month.

**Department of Health and Human Services**: The U.S. Department of Health and Human Services ("HHS") FOIA office is in the process of collecting the named custodians' calendars.

**Administration for Children and Families**: The Administration for Children and Families ("ACF") is in the process of collecting the named custodians' calendars. Plaintiff has agreed that ACF may produce the calendars of one custodian, Scott Lloyd, in a weekly agenda format already reviewed and approved for production.

**Department of Housing and Urban Development**: The U.S. Department of Housing and Urban Development ("HUD") has completed its initial search, which returned approximately 14 gigabytes of data. The parties are conferring regarding the scope of documents to be produced, production schedule, and the order of priority in which calendar entries will be processed.

**Department of State**: The U.S. Department of State ("State") has completed its search and has begun processing the named custodians' calendars. State has located a large set of calendar entries for which information that would usually appear in an attachment was instead embedded in the body of the entry. Plaintiff agrees to State initially redacting any such substantive information as non-responsive, leaving only the title of the information unredacted, and allowing Plaintiff to request that State release specific embedded information in full, subject to any applicable FOIA exemptions.

**Department of the Treasury**: The U.S. Department of the Treasury has extracted calendars as to each named custodian, totaling approximately 10,000 pages. The parties are conferring regarding the scope of documents to be produced and a schedule for production.

2. As to each agency, Plaintiff has agreed to waive attachments from initial processing. Within three weeks of any production of the calendars for which attachments were originally requested, Plaintiff may select specific attachments identified in that production and request that the relevant agency process and release those records, subject to any applicable FOIA exemptions.

3. The parties will continue to confer regarding the scope of the records to be processed and production schedules for each agency where necessary.

4. The parties propose that they file a further status report to apprise the Court of the status of the defendants' progress on August 22, 2019, and that the Court defer setting a briefing schedule at this time.

Date:  July 18, 2019

Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
Telephone: (202) 873-1743
Email: hart.wood@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2523
Email:  jason.cohen@usdoj.gov

*Counsel for Defendants*